Deandre MOORE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 86785.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 27, 2006.

Timothy Joseph Forneris, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

## ORDER

PER CURIAM.

Deandre Moore ("Movant")[1] appeals from the motion court's judgment denying his Rule 29.15 post-conviction motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the

motion court's decision was not clearly erroneous. *Helmig v. State,* 42 S.W.3d 658, 665–66 (Mo.App.E.D.2001). An extended would have no precedential value. We have furnished the parties with a memorandum for their information only, setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).

---

1. It appears from the record that the Movant's name is actually spelled "Dandre."